THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK MUNROE, Appellant.

Submitted February 11, 2008; decided February 14, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL SPARBER, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LINGLE, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT THOMAS, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RODRIGUEZ, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WARE, Appellant.

Submitted February 11, 2008; decided February 14, 2008

Motion by Legal Aid Society of New York City for leave to file a brief amicus curiae on the appeals herein granted. Two copies of the brief must be served and 24 copies filed within seven days.